AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

SAN JOSE

FILED
APR 1 4 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
MICHAEL ANTHONY CHISM

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 05 70258 HRL

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 24, 2005** in **Santa Clara** county, in the **Northern** District of **California** defendant(s) did, (Track Statutory Language of Offense)

did knowingly and intentionally use a facility and means of interstate commerce, namely, the Internet, to attempt to knowingly persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense under California Penal Code Section 261.5,

in violation of Title **18** United States Code, Section(s) **2422(b)**.

I further state that I am a(n) **Special Agent, FBI** and that this complaint is based on the following facts:
(Official Title)

SEE ATTACHED AFFIDAVIT IN SUPPORT OF COMPLAINT

Maximum penalties:

20 years imprisonment with 5-year minimum mandatory term
$250,000 Fine
3 years of supervised release
$100 special assessment

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Approved As To Form: _/s/ John N. Glang_
AUSA: JOHN N. GLANG

Name/Signature of Complainant: **WADE LUDERS**

Sworn to before me and subscribed in my presence,

Date: 4/14/05

at San Jose, California
City and State

HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

DOCUMENT NO. 1

This form was electronically produced by Elite Federal Forms, Inc.

DISTRICT COURT
CRIMINAL CASE PROCESSING

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Wade Luders, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1. I make this affidavit in support of a complaint charging Michael Anthony CHISM with using a facility of interstate or foreign commerce, namely the Internet, to knowingly attempt to persuade a minor to engage in unlawful sexual activity, in violation of 18 U.S.C. § 2422(b). The statements contained in this Affidavit are based, in part, upon my own personal knowledge, but are also based upon information provided to me by other law enforcement officers. Because this Affidavit is for the limited purpose of setting forth probable cause for the requested complaint, I have not necessarily included every fact known to me through this investigation. I have set forth those facts I deem necessary to establish probable cause to believe that the above-mentioned violation has been committed and that the above-named person committed it.

2. I am a Special Agent of the Federal Bureau of Investigation, currently assigned to the San Jose Resident Agency, San Francisco Division, and I have been so employed by the FBI for 1 year. As a Special Agent of the FBI, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States. I have participated in a wide variety of criminal investigations, to include crimes against children, child exploitation, internet fraud, and other federal computer crimes. I have received specialized training in the area of child pornography, child sexual exploitation and molestation.

### Legal Terms

3. The statute, 18 U.S.C. § 2422(b), provides in relevant part - "Whoever, using the mail or any facility or means of interstate or foreign commerce . . . knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in . . . any sexual activity for which any person can be charged with a criminal offense, or attempts to do so," has committed a crime.

4. The elements of this crime are the following: (1) the defendant intended to persuade, induce, entice, or coerce a minor to engage in sexual activity; (2) such sexual activity would be illegal under federal or state law; (3) the defendant employed a facility of interstate commerce to carry out his intent; (4) the defendant did something that was a substantial step toward committing the crime; and (5) the defendant believed that the person whom he was enticing to engage in illegal sexual activity was a minor.

5. California Penal Code § 261.5 provides that "Unlawful sexual intercourse is an act of sexual intercourse accomplished with a person who is not the spouse of the perpetrator, if the

Case 5:05-cr-00259-JW    Document 1    Filed 04/14/05    Page 3 of 5

person is a minor. For purposes of this section, a 'minor' is a person under the age of 18 years and an 'adult' is a person who is at least 18 years."

### Facts Supporting Probable Cause

6. I know from speaking with Special Agent Stacey Mitry, Federal Bureau of Investigation, that she has been employed with the FBI for approximately 7 years and has been involved in investigations involving crimes against children, child exploitation, kidnaping, and other violent federal crimes.

7. Special Agent Mitry has told me that on April 27, 2004 and July 21, 2004, she participated in online chats with an individual who was using the AOL screen name WANTLIVEINSLAVE. This individual identified himself as Michael, a 40 year-old from Long Beach, California. Special Agent Mitry was posing as a 13 year-old female.

   a. During these online chats, the individual utilizing the AOL screen name WANTLIVEINSLAVE stated that he wanted to find a slave for "cook, clean, sex, and anything else I want." He indicated that he had previously had slaves with ages of 14, 16, 18, and 26.

   b. Based upon the content of these chats, Special Agent Mitry served an FBI / Department of Justice Administrative Subpoena on AOL requesting the subscriber information for the individual utilizing the screen name WANTLIVEINSLAVE. AOL advised that the subscriber was MICHAEL CHISM, residing at 533 E 11th St. Apt 3, Long Beach, CA 90813.

   c. In February, 2005, Special Agent Mitry left the San Francisco Division of the FBI for a position at FBI Headquarters in Washington, D.C. and passed along information relating to MICHAEL CHISM and a copy of her chats with him to me.

8. On March 24, 2005, posing as a 13 year-old female, I signed onto AOL while I was in San Jose, California and noted that user WANTLIVEINSLAVE was in the chatroom "Blk4 VygWHTgrl NOW". I entered the chat room and received an instant message from user WANTLIVEINSLAVE. Based upon the subsequent chat, as well as other chats initiated by the user WANTLIVEINSLAVE between March 25 and March 31, 2005, I was told the following:

   a. The user WANTLIVEINSLAVE is a 41 year-old male living in Long Beach, California, named Michael.

   b. He is seeking a slave for "sex mostly." He describes the relationship he wants to have with his slave as "a father/daughter, teacher/student, husband/wife type of relationship... all of this into one."

   c. He has previously had girls ages 13, 14, 16, and 17 live with him.

     d.    He has met different girls, approximately 13 years in age, and engaged in sexual activity with them.

     9.    On April 4, 2005, I received the results of an FBI / Department of Justice Administrative Subpoena served on AOL requesting the subscriber information for the individual utilizing the screen name WANTLIVEINSLAVE. AOL advised that the subscriber was MICHAEL CHISM, residing at 533 E. 11th St. Apt. 3, Long Beach, CA 90813.

     a.    Based upon results of the administrative subpoena, database searches of ChoicePoint, LexusNexus, and CA Department of Motor Vehicles, the following descriptive information was determined:

| | |
|---|---|
| Name: | MICHAEL ANTHONY CHISM |
| Sex: | Male |
| Race: | Black |
| Hair: | Brown |
| Eyes: | Brown |
| Height: | 5'5" |
| Weight: | 127 |
| Date of Birth: | 07/07/1963 |
| Address: | 533 E. 11th St. Apt. 3 |
| | Long Beach, CA 90813 |

     10.    In online chats and emails between CHISM and myself, posing as a 13 year-old female, on March 24 and 25, 2005, CHISM proposed traveling from Long Beach to San Jose, California on March 30, 2005, for the purpose of getting to know me and evaluating me for the purpose of being his live-in slave. He asked if I was comfortable with kissing, hand holding, caressing, and french kissing.

     a.    In e-mails from CHISM to me, posing as a 13 year-old female, on March 28, 2005, CHISM stated for me to "wear a short skirt, flip flops, no bra, thongs." He then stated "i want u to never wear a bra, always wear thongs or no panties at all, and when ur around me i want u to wear flip flops or go bare foot and short/small/tight tops. all my women always must dress sexy for me no matter what."

     b.    On March 30, 2005, at 9:00 AM, CHISM arrived at our pre-arranged meeting spot - Marijane Hamann Park in San Jose, at the corner of N. Central Ave. and Westfield Ave. Myself and a surveillance team consisting of three other FBI Special Agents visually identified CHISM. A consensually recorded telephone call was placed to CHISM's cellular telephone by FBI employee Cami Herrera, posing at a 13 year-old female. Herrera informed CHISM that she would be unable to meet him. CHISM stated that he would go back to his hotel, The Hawthorne Suites in Santa Clara, and wait for her. At this point, the surveillance team followed him to the hotel in Santa Clara (The Hawthorne Suites, located at 2455 El Camino Real). Hawthorne Suites subsequently provided

AFFIDAVIT OF S/A WADE LUDERS       3

verification that MICHAEL CHISM was checked into the hotel from March 30 to March 31, 2005.

c. In subsequent chats, e-mail messages, and phone conversations conducted with CHISM between April 5, 2005 through April 11, 2005, CHISM has stated that on April 15, 2005, he will he make a second trip to San Jose in order to meet me, posing as a 13-year old female, and spend time with me in a hotel room he plans to reserve. During a phone conversation with FBI employee Cami Herrera on April 6, 2005 in which Herrera was posing as the 13-year old female who CHISM is planning to meet in San Jose, CHISM told Herrera that "sexually I definitely want you to always be ready to please me."

## Conclusion

11.   Based upon the totality of the facts set forth in this Affidavit, I believe that there is probable cause to believe, and I do believe, that the defendant Michael Anthony CHISM is guilty of using a facility of interstate or foreign commerce, namely the Internet, to knowingly attempt to persuade a minor to engage in unlawful sexual activity, in violation of 18 U.S.C. § 2422(b). I therefore request that a complaint and warrant for the arrest of Michael Anthony CHISM be issued.

Dated: April 12, 2005

Wade Luders
Special Agent, Federal Bureau of Investigation

Subscribed to and sworn to before me this 12 day of April 2005

HON. HOWARD R. LLOYD
United States Magistrate Judge

AFFIDAVIT OF S/A WADE LUDERS          4