E-Filing

CHAMBERS COPY

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 05-00259 JW |
| Plaintiff, ) | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| MICHAEL ANTHONY CHISM, ) | |
| Defendant. ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the open plea entered on August 22, 2005 wherein the defendant's admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that defendant Michael Anthony Chism shall forfeit to the United States all of his right, title and interest in a Dell Inspiron 8500 Series laptop computer, serial number 1Y80X21, pursuant to Title 18, United States Code, Section 2422(b) and Title 18, United States Code, Sections 2253(a)(1) and (3).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendants, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30)

days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this 21 day of September 2005.

JAMES WARE
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
C 05-00259 JW

2