LAW OFFICES OF
**GREGORY A. LEE**
ATTORNEY AT LAW
A Professional Law Corporation
17897 Mac Arthur Boulevard
Second Floor
Irvine, California 92614
(949) 955-2445 - FAX (949) 955-2446
CA BAR # 77139

Attorney for Defendant MICHAEL ANTHONY CHISM


FILED
OCT 19 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

MICHAEL ANTHONY CHISM

    Defendant

Case No. 05-70258-JW
00259

STIPULATION TO CONTINUE SENTENCING

TO: HONORABLE JUDGE JAMES WARE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**IT IS HEREBY STIPULATED TO** by and between Gregory A. Lee, attorney of record for Defendant, MICHAEL ANTHONY CHISM and John Glang, attorney of record for Plaintiff, UNITED STATES OF AMERICA that the Sentencing in the above-entitled matter previously scheduled for November 28, 2005 at 1:30 p.m., be continued to January 30, 2006.

Dated: October 7, 2005

LAW OFFICES OF GREGORY A. LEE

By: _____
GREGORY A. LEE
Attorney for Defendant
MICHAEL ANTHONY CHISM

1

STIPULATION TO CONTINUE SENTENCING DATE

Dated: 10/20/2005

By: /s/ John Glang
John Glang
United States Attorney

## ORDER

It is hereby ordered that the Sentencing date in the above-referenced matter previously scheduled for November 28, 2005 at 1:30 p.m. in Courtroom 8 of the United States District Court for the Northern District of California be continued to January 30, 2006 at 1:30 p.m.

DATED: 10-20-05

/s/ James Ware
HON. JAMES WARE
JUDGE OF THE UNITES STATES DISTRICT COURT

2

STIPULATION TO CONTINUE SENTENCING DATE