

FILED

MAR 13 2006

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL ANTHONY CHISM,<br><br>        Defendant. | Case No. CR 05-00259 JW<br><br>[PROPOSED] FINAL ORDER OF FORFEITURE |

On September 21, 2005, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's right, title and interest in a Dell Inspiron 8500 Series laptop computer, serial number 1Y80X21.

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (3). All right, title and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: March 13, 2006

_____
JAMES WARE
United States District Judge