LAW OFFICES OF
**GREGORY A. LEE**
ATTORNEY AT LAW
A Professional Law Corporation
17897 Mac Arthur Boulevard
Second Floor
Irvine, California 92614
(949) 955-2445 - FAX (949) 955-2446
CA BAR # 77139

Attorney for Defendant MICHAEL ANTHONY CHISM

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ANTHONY CHISM,<br><br>Defendant. | CR. NO. 05-00259-01-JW<br><br>PETITON TO MODIFY DEFENDANT'S REPORT DATE TO BEGIN SERVING PRISON SENTENCE, DECLARATION OF GREGORY A LEE, [~~PROPOSED~~ ORDER] |

Defendant Michael Anthony Chism, by and through his attorney of record, Gregory A. Lee, hereby petitions the court for an order allowing a modification of his date to report to begin serving his prison sentence. Defendant's current date to report to begin his prison sentence is April 13, 2006.

Defendant MICHAEL CHISM is requesting additional time so that he may be allowed to celebrate the Easter Season with his family and so that he may participate in Easter services at his church. Defendant is requesting that his date to begin serving his prison sentence be changed from April 13, 2006 to April 20, 2006.

1  The United States Attorney has been contacted and has no objection to
2  Defendant MICHAEL CHISM's request to modify his report date from April 13,
3  2006 to April 20, 2006.
4  Based on the above it is requested that Defendant's petition be granted.
5                                    Respectfully submitted,
6  DATED: March 30, 2006             LAW OFFICES OF GREGORY A. LEE

                                     GREGORY A. LEE
                                     Attorney for Defendant
                                     MICHAEL CHISM

2

## DECLARATION OF GREGORY A LEE

I, Gregory A. Lee, declare:

1. I am the attorney of record for Defendant MICHAEL CHISM, in the matter of UNITED STATES V MICHAEL ANTHONY CHISM

2. Prior to filing the instant petition my office contacted John Glang, Assistant United States Attorney and advised him that we intended to file a petition to request that the Defendant's Report Date be changed from April 13, 2006 to April 20, 2006. Mr. Glang indicated that he would not oppose such a petition.

I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 30th day of March 2006 at Irvine, California.

GREGORY A. LEE
Declarant

PETITION TO MODIFY DEFENDANT'S DATE TO REPORT TO BEGIN SERVING PRISON SENTENCE

1
2
3
4
5

## ORDER

It is hereby ordered that the Defendant's date to begin serving his prison sentence in the above-referenced matter previously scheduled for April 13, 2006 be modified to April 20, 2006.

DATED: April 4, 2006

HON. JAMES WARE
JUDGE OF THE UNITES STATES DISTRICT COURT

PETITION TO MODIFY DEFENDANT'S DATE TO REPORT TO BEGIN SERVING PRISON SENTENCE